UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

In re: TOY, ELAINMARIE § Case No. 10-71062
§
§
Debtor(s) §

## NOTICE OF TRUSTEE'S FINAL REPORT AND APPLICATIONS FOR COMPENSATION AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P.2002(a)(6) and 2002(f)(8), please take notice that JOSEPH D. OLSEN, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
211 South Court
Rockford, IL 61101

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 09:30am on 01/26/2011 in Courtroom 115, United States Courthouse, 211 South Court
Rockford, IL 61101.
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Dated : 12/03/2010    By: /s/JOSEPH D. OLSEN
                          Trustee

JOSEPH D. OLSEN
1318 EAST STATE STREET
ROCKFORD, IL 61104-2228
(815) 965-8635

**UST Form 101-7-NFR (10/1/2010)**

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**WESTERN DIVISION**

| | |
|---|---|
| In re: TOY, ELAINMARIE | § Case No. 10-71062 |
| | § |
| | § |
| Debtor(s) | § |

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

| | |
|---|---|
| *The Final Report shows receipts of* | $ 18,047.36 |
| *and approved disbursements of* | $ 0.00 |
| *leaving a balance on hand of* [1] | $ 18,047.36 |

**Balance on hand:** $ 18,047.36

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| None | | | | | |

Total to be paid to secured creditors: $ 0.00
Remaining balance: $ 18,047.36

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - JOSEPH D. OLSEN | 2,554.74 | 0.00 | 2,554.74 |
| Trustee, Expenses - JOSEPH D. OLSEN | 43.22 | 0.00 | 43.22 |

Total to be paid for chapter 7 administration expenses: $ 2,597.96
Remaining balance: $ 15,449.40

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-NFR (10/1/2010)**

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

Total to be paid for prior chapter administrative expenses: $ 0.00
Remaining balance: $ 15,449.40

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for priority claims: $ 0.00
Remaining balance: $ 15,449.40

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 41,191.53 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 37.5 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Discover Bank | 16,887.10 | 0.00 | 6,333.72 |
| 2 | Chase Bank USA, N.A. | 23,034.01 | 0.00 | 8,639.19 |
| 3 | Anesthesiologists, Ltd. | 165.00 | 0.00 | 61.89 |
| 4 | Chase Bank USA,N.A | 1,105.42 | 0.00 | 414.60 |

Total to be paid for timely general unsecured claims: $ 15,449.40
Remaining balance: $ 0.00

**UST Form 101-7-NFR (10/1/2010)**

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for tardy general unsecured claims: $ 0.00
Remaining balance: $ 0.00

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for subordinated claims: $ 0.00
Remaining balance: $ 0.00

Prepared By: /s/JOSEPH D. OLSEN
Trustee

JOSEPH D. OLSEN
1318 EAST STATE STREET
ROCKFORD, IL 61104-2228
(815) 965-8635

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-NFR (10/1/2010)**

# CERTIFICATE OF NOTICE

```
District/off: 0752-3          User: lorsmith              Page 1 of 2                   Date Rcvd: Dec 30, 2010
Case: 10-71062                Form ID: pdf006             Total Noticed: 41


The following entities were noticed by first class mail on Jan 01, 2011.
db           +Elainmarie Toy,    9 Avalon Court,    Cary, IL 60013-1863
aty          +Craig A Willette,    Yalden Olsen & Willette,    1318 E State Street,    Rockford, IL 61104-2228
aty          +Martin V Kugia,    Law Office of Martin V. Kugia,    711 West Main Street,
               West Dundee, IL 60118-2027
tr           +Joseph D Olsen,    Yalden Olsen & Willette,    1318 E State Street,    Rockford, IL 61104-2228
15214229     +Anesthesiologists, Ltd.,    185 Penny Avenue,    East Dundee, IL 60118-1454
15214230     +Banco Popular,    9600 W. Bryn Mawr A,    3rd Floor,    Des Plaines, IL 60018-5226
15214231     +Bank of America Home Loans,    450 American Street,    Simi Valley, CA 93065-6285
15214232      Biehl & Biehl, Inc.,    P.O. Box 87410,    Carol Stream, IL 60188-7410
15214233      Capital One,    P.O. Box 105474,    Atlanta, GA 30348-5474
15214234      Centegra Health System- McHenry,    P.O. Box 1447,    Woodstock, IL 60098-1447
15214235      Central DuPage Hospital,    25 N. Winfield Road,    Winfield, IL 60190-1295
15214236     +Central DuPage Hospital,    P.O. Box 739,    Moline, IL 61266-0739
15214237     +Chase Bank,    800 Brooksedge Blvd.,    Westerville, OH 43081-2822
15579485      Chase Bank USA, N.A.,    PO Box 15145,    Wilmington, DE 19850-5145
15700752     +Chase Bank USA,N.A.,    c/o Creditors Bankruptcy Service,    P O Box 740933,    Dallas,Tx 75374-0933
15214238      Comcast,    P.O. Box 3002,    Southeastern, PA 19398-3002
15214239     +Credit Protection Association, L.P.,    13355 Noel Road,    Dallas, TX 75240-6602
15214240     +Creditors Interchange,    80 Holtz Drive,    Buffalo, NY 14225-1470
15214242     +DuPage Medical Group,    1860 Paysphere Circle,    Chicago, IL 60674-0001
15214243     +Good Samaritan Hospital,    3815 Highland Avenue,    Downers Grove, IL 60515-1590
15214244      Illinois Collection Service, Inc.,    P.O. Box 1010,    Tinley Park, IL 60477-9110
15214248     +Macy’s,    9111 Duke Blvd.,    Mason, OH 45040-8999
15214249     +Malcolm S. Gerald and Associates,    332 S. Michigan Ave., Suite 600,    Chicago, IL 60604-4318
15214250     +Merchants Credit Guide Co.,    223 W. Jackson Blvd.,    Chicago, IL 60606-6993
15214252      Midwest Diagnostic Pathology,    75 Remittance Drive, Suite 3070,    Chicago, IL 60675-3070
15214253     +Midwest Women OB GYN, Ltd.,    3825 Highland Avenue, Sutie 2F,    Downers Grove, IL 60515-1552
15214254     +Midwest Women OB Gyn., Ltd.,    3825 Highland Avenue, Suite 2F,    Downers Grove, IL 60515-1586
15214255     +National City,    6750 Miller Road,    Brecksville, OH 44141-3262
15214256      Redline Recovery,    P.O. Box 1022,    Fort Mill, SC 29716-1022
15214257     +SKO Brenner American, Inc.,    40 Daniel Street,    Farmingdale, NY 11735-1308
15214258     +Sportsmed Wheaton Orthopaedics,    350 S. Northwest Hwy. 20,    Park Ridge, IL 60068-4216
15214259      St. Alexius Medical Center,    21219 Network Place,    Chicago, IL 60673-1212
15214260      The Children’s Place,    Processing Center,    Des Moines, IA 50364-0001
15214263      West Central Anesthesiology Group,    P.O. Box 1123,    Jackson, MI 49204-1123
15214264      Winfield Pathology Consultants, S.C,    Dept. 4432,    Carol Stream, IL 60122-4432
15214265      Womens Comprehensive Healthcare,    1585 N. Barrington Road,    Schaumburg, IL 60194

The following entities were noticed by electronic transmission on Dec 30, 2010.
15214241      E-mail/PDF: mrdiscen@discoverfinancial.com Dec 30 2010 23:49:44      Discover,   P.O. Box 6103,
               Carol Stream, IL 60197-6103
15501174      E-mail/PDF: mrdiscen@discoverfinancial.com Dec 30 2010 23:49:44      Discover Bank,
               Dfs Services LLC,    PO Box 3025,    New Albany, Ohio   43054-3025
15214246     +E-mail/PDF: cr-bankruptcy@kohls.com Dec 30 2010 23:50:58      Kohl’s/Chase,
               N56 W. 17000 Ridgewood Drive,    Menomonee Falls, WI 53051-5660
15214261     +E-mail/Text: bnc@ursi.com                             United Recovery Systems, LP.,
               P.O. Box 722929,    Houston, TX 77272-2929
15214262      E-mail/PDF: bankruptcyverizonwireless@afninet.com Dec 30 2010 23:48:47      Verizon Wireless,
               P.O. Box 25505,    Lehigh Valley, PA 18002-5505
                                                                                                TOTAL: 5

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
15214247      Lingo Phone Service
aty*         +Joseph D Olsen,    Yalden Olsen & Willette,    1318 E State Street,    Rockford, IL 61104-2228
15214245*     Illinois Collection Service, Inc.,    P.O. Box 1010,    Tinley Park, IL 60477-9110
15214251*    +Merchants Credit Guide Co.,    223 W. Jackson Blvd.,    Chicago, IL 60606-6993
                                                                                               TOTALS: 1, * 3, ## 0

Addresses marked ‘+’ were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

```
District/off: 0752-3          User: lorsmith           Page 2 of 2               Date Rcvd: Dec 30, 2010
Case: 10-71062                Form ID: pdf006          Total Noticed: 41
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jan 01, 2011**                        **Signature:**     *Joseph Speetjens*